**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

| | |
|---|---|
| Appellate case name: | In re Transocean Offshore Deepwater Drilling Inc., Triton Voyager Asset Leasing GmbH, and Triton Voyager Asset Leasing GmbH, Asgard US |
| Appellate case number: | 01-22-00021-CV |
| Trial court case number: | 2021-41109 |
| Trial court: | 61st District Court of Harris County |

On January 20, 2022, relators, Transocean Offshore Deepwater Drilling Inc., Triton Voyager Asset Leasing GmbH, and Triton Voyager Asset Leasing GmbH, Asgard US, filed a petition for writ of mandamus challenging the trial court's (1) November 29, 2021 order denying relators' motion to compel independent medical examinations of real party in interest, Richard Rhodes, and for temporary injunction, and (2) December 17, 2021 order denying relators' motion for reconsideration.

The Court requests a response to the petition for a writ of mandamus from real party in interest. **The response if any, is due no later than twenty days from the date of this order**.

It is so ORDERED.

Judge's signature: _____/s/ April Farris_____
☑ Acting individually     ☐ Acting for the Court

Date: __January 27, 2022_____